| | |
|---|---|
| Katherine M. Dugdale, Bar No. 168014<br>KDugdale@perkinscoie.com<br>Audra M. Mori, Bar No. 162850<br>AMori@perkinscoie.com<br>PERKINS COIE LLP<br>1888 Century Park E., Suite 1700<br>Los Angeles, CA 90067-1721<br>Telephone: 310.788.9900<br>Facsimile: 310.788.3399<br><br>Attorneys for Plaintiff<br>MICROSOFT CORPORATION | **JS-6** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>GORILLA BUSINESS TECHNOLOGIES, INC., a California corporation d/b/a BUSINESS TECHNOLOGY ENTERPRISE and BTE; and JOHN DOES 1 through 3,<br><br>    Defendants. | Case No. SA 12-CV-827 JGB (ANx)<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE |

Pursuant to the stipulation of the parties and good cause appearing therefore, Defendant Gorilla Business Technologies, Inc., a California corporation d/b/a Business Technology Enterprise and BTE ("Defendant") is hereby dismissed with prejudice from Plaintiff Microsoft Corporation's ("Plaintiff") Complaint. The above action is dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

/ / /

1  This Court shall retain jurisdiction to enforce the Permanent Injunction
2  entered by this Court and the Settlement Agreement and Release between Plaintiff
3  and Defendant.

5  **IT IS SO ORDERED.**

7  Dated: August 14, 2013

     _____
     HON. JESUS G. BERNAL
     United States District Court Judge

**JS-6**